IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                                        COURT NO. 3:10-CR-55-DCB-FKB-1

ARCHIE N. BUFORD, IV                                                       DEFENDANT

And

C S TRUCKING                                                                GARNISHEE
26113 HIGHWAY 27
CRYSTAL SPRINGS, MS  39059-9783

## ORDER QUASHING GARNISHMENT

THIS CAUSE came on for consideration on Plaintiff's Motion to Quash the Writ of

Continuing Garnishment [#25] issued in this action on the grounds that Defendant is no longer

employed by Garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment

issued in this action on November 7, 2016, [#23] be and it is hereby quashed, and the

Garnishee, C S Trucking, is hereby dismissed.

ORDERED AND ADJUDGED this  16th  day of November    , 2016.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE, III
SR. UNITED STATES DISTRICT JUDGE